# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TIMOTHY HOWARD,                        ) 1:13-cv-00206-AWI-SKO-HC
                                       )
            Petitioner,                ) INFORMATIONAL ORDER REGARDING
                                       ) ENTRY OF JUDGMENT AND TERMINATION
                                       ) OF THE ACTION  (Docs. 4-6)
      v.                               )
                                       ) ORDER DISREGARDING MOTION TO
On Habeas Corpus,                      ) DISMISS (DOC. 7)
                                       )
            Respondent.                )
                                       )
_____)

        Petitioner is a state prisoner who proceeded pro se and in
forma pauperis with a petition for writ of habeas corpus pursuant
to 28 U.S.C. § 2254.  On March 15, 2013, the Court dismissed the
petition pursuant to petitioner's motion for voluntary dismissal.
On the same date, judgment was entered, and the judgment and
order of dismissal were served on Petitioner by mail.

        On March 15, 2013 Petitioner filed another motion to dismiss
the petition.

        Petitioner is INFORMED that the Court will not continue to
process his filings in the action in this Court because judgment
has been entered and the case terminated.

        Therefore, Petitioner's motion to dismiss the petition,
which was filed on March 15, 2013, is DISREGARDED.

IT IS SO ORDERED.

Dated:   March 19, 2013          _____
                                      SENIOR DISTRICT JUDGE