UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY HOWARD, | ) | 1:13-cv—00206-AWI-SKO-HC |
| | ) | |
| Petitioner, | ) | INFORMATIONAL ORDER REGARDING |
| | ) | ENTRY OF JUDGMENT AND TERMINATION |
| | ) | OF THE ACTION (Docs. 4-6) |
| v. | ) | |
| | ) | ORDER DISREGARDING MOTION TO |
| On Habeas Corpus, | ) | DISMISS (DOC. 7) |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

Petitioner is a state prisoner who proceeded pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 15, 2013, the Court dismissed the petition pursuant to petitioner's motion for voluntary dismissal. On the same date, judgment was entered, and the judgment and order of dismissal were served on Petitioner by mail.

On March 15, 2013 Petitioner filed another motion to dismiss the petition.

Petitioner is INFORMED that the Court will not continue to process his filings in the action in this Court because judgment has been entered and the case terminated.

Therefore, Petitioner's motion to dismiss the petition, which was filed on March 15, 2013, is DISREGARDED.

IT IS SO ORDERED.

Dated:   March 19, 2013

SENIOR DISTRICT JUDGE

1